# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Laren Harris_   SBI#: _175388_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**      0 5    6 6 1

DATE: _August 9, 2105_

---

Attached are copies of your inmate account statement for the months of _February 1, 2005_ to _July 31, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| feb | 0 |
| march | 0 |
| april | 0 |
| May | 8.53 |
| June | 33.69 |
| July | 47.70 |

Average daily balances/6 months: _28.69_

FILED
SEP - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attachments
CC: File

_Stacy Shane_
8/9/05

Notary public
_[signature]_
8/10/05