# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

05     661

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Mr. Laren ~~_____~~ Harris
(Enter above the full name of the plaintiff in this action)

FILED
SEP - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

V.

Prison Medical Service - Dr. Rodger (others to be named)
Delaware Correctional Center - Deputy
Warden Betty Burris, ~~_____~~ (others may be named)
(Enter above the full name of the defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   YES [ ]          NO [X]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit

      Plaintiffs _____

      _____

      Defendants _____

      _____

2. Court (if federal court, name the district, if state court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II.  A. Is there a prisoner grievance procedure in this institution? YES [X] NO [ ]

   B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure: YES [X] NO [ ]

   C. If your answer is YES,

      1. What steps did you take? Filed grievance in the time perscribed in the prison grievance manual

      2. What was the result? I think two (2) were resolved but lies were written on them. The others weren't resolved or responded to.

   D. If your answer is NO, explain why not _____

      _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? YES [ ] NO [ ]

   F. If your answer is YES,

      1. What steps did you take? _____

         _____

      2. What was the result? _____

         _____

III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff Mr. Larew Harris #175282
     Address D.C.C. 1181 Paddock RD Smyrna, DE 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.   Defendants Betty Burris is employed as Deputy Warden at Delaware Correctional Center 1181 Paddock RD Smyrna, DE 19977

C.   Additional Defendants Dr. Rodgers, Nurse Betty, Prison Medical Service. 1181 Paddock RD Smyrna, DE 19973 Same Address as above

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

1) I've been incarcerated in D.C.C since May 2005. I have filed numerous sick call notices to have my knees examined, this prison has not examined my knees. This is causing me serious and severe pain. I have made Dr. Rodger aware of the problem she didn't examine my knees. I have been perscribed Tylenol by Gander Hill prison doctor, those pills do little or nothing to relieve pain. This has been told to prison medical service. (See attached)

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

Financial damages for pain and suffering. L.H ~~Financial damages for being forced to stay in this filthy cell~~. Recieve necessary medical treatment to resolve tree pain L.H. ~~Be allowed to clean my cell.~~

Signed this 31st ~~August~~ day of August , 2005.

_____
(Signature of Plaintiff)
Mr. Loren C. Harris

I declare under penalty of perjury that the foregoing is true and correct.

September 5, 2005                Mr. Loren C. Harris
Date                             (Signature of Plaintiff)

-4-

# Certificate of Service

I, __Mr. Laren Harris__, hereby certify that I have served a true and correct cop(ies) of the attached: __The Civil Rights Act, 42 U.S.C 1983__ upon the following parties/person (s):

TO: __Clerk__
__U.S District Court__
__J. Caleb Boggs Federal Building__
__Lock Box 18__
__844 N. King St.__
__Wilm. DE 19801__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __5__ day of __September__, 2005

__Mr. Laren C. Harris__



I/M Mc.Laren Harris
SBI# 175282   UNIT 17-D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal/Mail

Court Clerk/US District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18  844 N. King St.
Wilmington, DE 19801

Legal/Mail