Sept. 29, 2005

RE: Civil Action # 05-661-GMS

Dear Madam:

Enclosed is my financial report for the previous six months. As requested by your office. This institution will not provide postage mail if the inmate has 1$ or more in their account. Therefore, it may take a little extra time for me to get needed information to you. I can only get stamps 2 times a month. The extra stamps I get sometimes are used for writting my wife and parent because I only get 2 phone calls per month.

McLaren Harris

---

McLaren Harris
#175282 17-D/40
Delaware Correctional
1181 Paddock Rd
Smyrna, DE 19977

05-661 (GMS)

U.S. DISTRICT COURT
DISTRICT OF DELAWARE





WILMINGTON DE 198
PM
13 OCT
2005

I/M McLaren Harris
SBI# 175082   UNIT 17-D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S District Court
844 N. King St. Lockbox 18
Wilmington, DE
19801 - 3570