05-661 (GMS)

## Individual Statement - No Transactions This Month

Date Printed: 8/9/2005                                                                                              Page 1 of 1

### For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00175282 | HARRIS | LAREN | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Ending Mth Balance: $0.00

FILED
OCT 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement

Date Printed: 8/9/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00175282 | HARRIS | LAREN | | | | |
| Current Location: | SU/1 | | Comments: | QOL1 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 4/27/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 99124 | | | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 8/9/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00175282 | HARRIS | LAREN | | | | |
| Current Location: | SU/1 | | Comments: | QOL1 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc | 5/5/2005 | $13.86 | $0.00 | $0.00 | $13.86 | 103203 | | | |
| Canteen | 5/10/2005 | ($12.68) | $0.00 | $0.00 | $1.18 | 104978 | | | |
| Mail | 5/11/2005 | $15.00 | $0.00 | $0.00 | $16.18 | 105459 | 41845 | | HRYCI |
| Pay-To | 5/20/2005 | ($6.53) | $0.00 | $0.00 | $9.65 | 109640 | 45725842987 | DST/POSTAGE | C JOHNSON |
| Canteen | 5/25/2005 | ($9.63) | $0.00 | $0.00 | $0.02 | 111010 | | | |

Ending Mth Balance: $0.02

# Individual Statement

## For Month of June 2005

Date Printed: 8/9/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00175282 | HARRIS | LAREN | | | | |
| Current Location: | SU/1 | | Comments: | QOL1 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/8/2005 | $20.00 | $0.00 | $0.00 | $20.02 | 117700 | 46352102742 | | CJOHNSON |
| Mail | 6/20/2005 | $50.00 | $0.00 | $0.00 | $70.02 | 121992 | 6032911274 | | B HARRIS |

Ending Mth Balance: $70.02

# Individual Statement

Date Printed: 8/9/2005                                                                 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.02 |
|---|---|---|---|---|---|---|
| 00175282 | HARRIS | LAREN | | | | |
| Current Location: | SU/1 | | Comments: | QOL1 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/6/2005 | ($4.85) | $0.00 | $0.00 | $65.17 | 128294 | | | |
| Pay-To | 7/18/2005 | ($4.43) | $0.00 | $0.00 | $60.74 | 132481 | | DST/POSTAGE | |
| Canteen | 7/19/2005 | ($4.91) | $0.00 | $0.00 | $55.83 | 132947 | | | |
| Pay-To | 7/21/2005 | ($40.00) | $0.00 | $0.00 | $15.83 | 134224 | | C JOHNSON | |

Ending Mth Balance:   $15.83

# Individual Statement

## For Month of August 2005

Date Printed: 9/29/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.83 |
|---|---|---|---|---|---|---|
| 00175282 | HARRIS | LAREN | | | | |
| Current Location: | SU/1 | | | Comments: QOL2 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/2/2005 | ($4.95) | $0.00 | $0.00 | $10.88 | 138876 | | | |
| Medical | 8/4/2005 | $0.00 | ($4.00) | $0.00 | $10.88 | 140893 | | 8/1/05 | |
| Medical | 8/4/2005 | ($4.00) | $0.00 | $0.00 | $6.88 | 140957 | | 8/1/05 | |
| Canteen | 8/16/2005 | ($4.92) | $0.00 | $0.00 | $1.96 | 145115 | | | |
| Mail | 8/26/2005 | $10.00 | $0.00 | $0.00 | $11.96 | 149597 | 128413359 | | C JOHNSON |
| Canteen | 8/30/2005 | ($6.50) | $0.00 | $0.00 | $5.46 | 150440 | | | |
| | | | | Ending Mth Balance: | $5.46 | | | | |