November 13, 2005
Mr. Laren Harris
#175252
1181 Paddock Rd.
Smyrna, DE 19977

RE: Civil Action No. 05-661 GMS

Sir or Madam:

    I, Laren Cornell Harris, request the above numbered civil action be discontinued at this time. I am seeking the necessary legal counsel, I need to have access and the ability to gather more evidence, if I am to have any chance of winning. I am housed in a housing unit that inmates are not given adequate access to the prison law library and I think the court is being very unfair and intimidating by bulking me out of subsequent payments of $246.37.

    I do want to reserve the right to refile and revisit this civil action at a later date.

    In reference to payment, I have very little money and you (the court) are trying to take that from me. If I was receiving medical care by the prison for my kidney desease and if I had adequate access to the prison law library so I would atleast has some chance of winning this case, I wouldn't feel that it was unfair and that the court was using intimidation tactics to bulk me out of the

[FILED NOV 15 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

little money I receive. It seems to me, in cases such as these that Lady Justice is peeking from behind the blindfold. Her sword is single edged and the scales are definitely not balanced.

*Mr. Laren C. Harris*

P.S. I am unable to make photo-copies of legal mail. If possible, can you send me a copy of this letter as proof that I mailed it to the court and that you (court) received it?

Thank you,
*Mr. Laren C. Harris*

I/M Mc Karen Harris
SBI# 175262   UNIT 17-D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S.M.S X-RAY

Office of the Clerk
US District Court
844 N. King St. Lockbox #18
Wilmington, DE
19801-3570